IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02073-AP

GRETCHEN K. WEGNER,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**      **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Frederick W. Newall
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
newallfrederickw@qwest.net

For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570; (303) 844-0770 (facsimile)
debra.meachum@ssa.gov;
d_meachum@hotmail.com

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

A.      **Date Complaint Was Filed:**
        **October 20, 2005.**
B.      **Date Complaint  Was Served on U.S. Attorney's Office:**
        **November 8, 2005.**
C.      **Date Answer and Administrative Record Were Filed:**
        **January 9, 2005.**

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**The parties, to the best of their knowledge, state that the administrative record is complete and accurate.**

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**The parties will not submit additional evidence.**

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

7.  **OTHER MATTERS**

**The parties have no other matters to bring to the attention of the court.**

8.  **PROPOSED BRIEFING SCHEDULE**

A.      **Plaintiff's Opening Brief Due:**          **MARCH 9, 2006.**
B.      **Defendant's  Response Brief Due:**       **APRIL 17, 2006.**
C.      **Plaintiff's Reply Brief (If Any) Due:**  **MAY 9, 2006.**

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

A.      **Plaintiff's Statement:**
        **Plaintiff does not request oral argument.**
B.      **Defendant's Statement:**
        **Defendant does not request oral argument.**

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.      ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.      ( X )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.     **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12.     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

***The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 30th day of January, 2006.

BY THE COURT:

 S/John L. Kane
U.S. DISTRICT COURT JUDGE

3

APPROVED:

      <u>For Plaintiff</u>:

      <u>s\Frederick W. Newall 1/27/06</u>
      Frederick W. Newall, Esq.
      730 N. Weber, #101
      Colorado Springs, CO 80903
      newallfrederickw@qwst.net

      <u>For Defendant</u>:

      WILLIAM J. LEONE
      United States Attorney
      KURT J. BOHN
      Assistant United States Attorney
      kurt.bohn@usdoj.gov


      <u>s\Debra J. Meachum 1/28/06</u>
By:     Debra J. Meachum
      Special Assistant United States Attorney
      Social Security Administration
      1961 Stout Street, Suite 1001A
      Denver, Colorado  80294
      (303) 844-1570
      (303) 844-0770 (facsimile)
      debra.meachum@ssa.gov
      d_meachum@hotmail.com