UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02073-WYD

GRETCHEN K. WEGNER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412( filed June 13, 2007) and Plaintiff's Motion for Attorney Fees Under EAJA (filed June 26, 2007).  Through the motions, Plaintiff's counsel requests an award of attorney fees in the amount of $5,000.00 under the Equal Access to Justice Act ("EAJA").  The Commissioner stipulates to an award of fees in that amount.

Having reviewed the motions and file, I find that an award of fees under the EAJA is proper and that the motions should be granted.  Accordingly, it is

ORDERED that Plaintiff's Motion for Attorney Fees Under EAJA and Defendant's Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, are **GRANTED**.  In accordance therewith, it is

ORDERED that Plaintiff is awarded attorney fees in the amount of $5,000.00, which fees shall be made payable to Plaintiff's attorney.

Dated June 27, 2007

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge