UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02073-WYD

GRETCHEN K. WEGNER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion to Correct or Amend Judgment Pursuant to Fed. R. Civ. P. 60 (filed July 17, 2007). Defendant seeks a correction or modification of the judgment in connection with the Court's Order of June 21, 2007, which directed that attorney fees be issued directly to Plaintiff's attorney. Defendant argues that the attorney fees award should be issued to the Plaintiff, as required by the relevant statute, Social Security policy and the stipulated agreement between the parties.

Having reviewed the motion, I agree with Defendant that attorneys fees under the EAJA are to be paid to the "prevailing party". This means that attorney fees should be made payable to Plaintiff rather than Plaintiff's counsel. *See* 28 U.S.C. § 2412(d)(1)(A); *see also McGraw v. Barnhart*, 450 F.3d 493, 497 (10th Cir. 2006) (an EAJA award is to the claimant, while counsel receives a SSA award) (comparing 28 U.S.C. § 2412(d)(1)(A) and 42 U.S.C. § 406(b)(1)). Accordingly, it is

ORDERED that Defendant's Motion to Correct or Amend Judgment Pursuant to Fed. R. Civ. P. 60 (filed July 17, 2007) is **GRANTED**.  An Amended Order shall be issued by the Court as to this issue

Dated August 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge